OPINION — AG — ** DUAL OFFICE — UNIVERSITY EMPLOYMENT — TEACHER ** I AM PRESENTLY A MEMBER OF THE BOARD OF VETERINARY MEDICAL EXAMINERS AND AS OF SEPTEMBER 1, 1949 I WILL BECOME A MEMBER OF THE FACULTY OF OKLAHOMA A M COLLEGE AT STILLWATER (OKLAHOMA STATE UNIVERSITY) . . . CAN I CONTINUE TO SERVE ON THE BOARD OF VETERINARY EXAMINERS ? — NEGATIVE (CONFLICT OF INTEREST, STATE BOARD, INSTRUCTOR, DUAL OFFICE HOLDING) CITE: 59 O.S. 678 [59-678], 15 O.S. 211 [15-211], 51 O.S. 6 [51-6] (FRED HANSEN)